IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD K. COOK,

                    Petitioner,                              **8:18CV332**

          vs.

BRAD HANSEN, Warden - TSCI;                                  **ORDER**
SCOTT FRAKES, Director - Nebraska;
and  DEPARTMENT OF
CORRECTIONAL SERVICES,

                    Respondents.

          This matter is before the court on Petitioner's Motion for Leave to Proceed
in Forma Pauperis ("IFP"). (Filing No. 3.) Habeas corpus cases attacking the
legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. §
1914(a). As indicated in the court's records, Petitioner has paid the $5.00 fee.
Accordingly,

          IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP (filing
no. 3) is denied as moot. The next step in this case is for the court to conduct a
preliminary review of the habeas corpus petition in accordance with Rule 4 of the
Rules Governing Section 2254 cases. The court will conduct this review in its
normal course of business and will address Petitioner's other pending motion at
that time.

          Dated this 16th day of July, 2018.

                                        BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        Senior United States District Judge