IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD K. COOK,<br><br>              Petitioner,<br><br>      vs.<br><br>BRAD HANSEN, Warden - TSCI;<br>SCOTT FRAKES, Director - Nebraska;<br>and  DEPARTMENT OF<br>CORRECTIONAL SERVICES,<br><br>              Respondents. | **8:18CV332**<br><br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Petitioner's Motion to Reconsider Motion for Stay and Abeyance (filing no. 13) and Brief in Support (filing no. 14) in which Petitioner asks the court to reconsider its denial of his request for a stay and abeyance of Petitioner's pending § 2254 habeas petition (*see* filing no. 9). Upon careful consideration and for the reasons previously stated in the court's order denying Petitioner's motion for a stay and abeyance (filing no. 9),

      IT IS ORDERED that Petitioner's Motion to Reconsider Motion for Stay and Abeyance (filing no. 13) is denied.

      Dated this 26th day of April, 2019.

                  BY THE COURT:

                  s/ *Richard G. Kopf*
                  Senior United States District Judge