IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD K. COOK, Petitioner, vs. BRAD HANSEN, Warden - TSCI; SCOTT FRAKES, Director - Nebraska; and DEPARTMENT OF CORRECTIONAL SERVICES, Respondents. | 8:18CV332 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner's Motion for Extension of Time. ([Filing No. 28](#).) The court previously extended the deadline for Petitioner to file his brief in response to Respondents' Answer and Brief to October 10, 2019, and advised Petitioner that "**no further extensions shall be granted absent exceptional circumstances**." ([Filing No. 25](#).) Petitioner now seeks an additional 45-day extension due to multiple closures of the Tecumseh State Correctional Institution law library that have hindered Petitioner's ability to conduct legal research to prepare his brief and because Petitioner is still awaiting a ruling on his motion seeking to compel Respondents to provide a "Table of Contents" identifying the various subparts to each claim of Petitioner's habeas petition referred to in their answer and brief. The court recently denied Petitioner's motion seeking a table of contents on October 3, 2019. ([Filing No. 27](#).)

In light of the fact that Petitioner did not have the benefit of the court's ruling on his motion for table of contents until after October 3, 2019, and for other good cause shown, the court will grant Petitioner's motion for a 45-day extension. **Absolutely no further extensions shall be granted**.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Extension of Time ([filing no. 28](#)) is granted. Petitioner shall have until **November 25, 2019**, to file a brief in response to Respondent's Answer and Brief in Support.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **November 25, 2019**: check for Petitioner's brief in response to Respondents' answer and brief.

Dated this 10th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge