IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RICHARD K. COOK, | |
|---|---|
| Petitioner, | 8:18CV332 |
| vs. | |
| BRAD HANSEN, Warden - TSCI; SCOTT FRAKES, Director - Nebraska; and DEPARTMENT OF CORRECTIONAL SERVICES, | MEMORANDUM AND ORDER |
| Respondents. | |

This matter is before the court on Petitioner's Motion for Extension of Time. (Filing No. 39.) Petitioner asks for additional time to prepare and file a reply to Respondents' Answer and Brief in Support, as well as motions for evidentiary hearing, for expansion of the record, discovery, and appointment of counsel.[1] However, Petitioner has already filed a responsive brief to Respondent's Answer and Brief in Support. (Filing Nos. 32 & 33.) Respondents filed their Reply Brief (filing no. 38) on February 14, 2020, and, in accordance with the court's progression order (filing no. 10), the merits of the petition are now fully submitted for decision and for a determination whether an evidentiary hearing is warranted. *See* Rule 8(a) of the *Rules Governing Section 2254 Cases in the United States District Courts*. Pursuant to the court's progression order, "Petitioner must not submit any other documents unless directed to do so by the court" beyond his brief in response to Respondents' Answer and Brief in Support, which he has already done. (*See* Filing No. 10 at CM/ECF p. 12, ¶ 4.D.) Accordingly,

---

[1] The court denied Petitioner's previous requests for the appointment of counsel without prejudice to reassertion and sees no reason to revisit those determinations at this time. (*See* Filing Nos. 9 & 25.)

IT IS ORDERED that: Petitioner's Motion for Extension of Time (filing no. 39) is denied.

Dated this 26th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge