IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD K. COOK,<br><br>Petitioner,<br><br>vs.<br><br>BRAD HANSEN, Warden - TSCI; SCOTT FRAKES, Director - Nebraska; and DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>Respondents. | 8:18CV332<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 46.) Petitioner filed a Notice of Appeal (filing no. 45) on June 8, 2020. Petitioner appeals from the court's Memorandum and Order and Judgment dated May 18, 2020. (Filing Nos. 42 & 43.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 46) is granted.

Dated this 8th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge